IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| | : MISCELLANEOUS NO. 07-65 |
| v. | : |
| WILLIAM D. PIERCE, M.D., | : |
| Defendant | : |

PRAECIPE TO FILE ASSIGNMENT OF JUDGMENT AND CERTIFIED
COPY OF DIRECTION FOR ENTRY OF JUDGMENT BY DEFAULT

TO THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Please file the attached Assignment of Judgment in the District Court for the District of Delaware in favor of the United States of America, Plaintiff, and against **WILLIAM D. PIERCE, M.D.**, defendant, originally entered as Case No. 2004-CV-4833-CV, on May 18, 2005, docketed in the Court of Common Pleas of Dauphin County, in the amount of $47,581.81, plus interest from the date of Judgment at the rate of 6.000% computed daily and compounded annually until paid in full, plus costs of suit, the balance being $49,446.02 as of March 21, 2007.

                                        COLM F. CONNOLLY
                                        United States Attorney

By: _____
                                        Patricia C. Hannigan
                                        Assistant United States Attorney
                                        Delaware Bar I.D. No. 2145

2007 MAR 23 PM 2:11
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

# In The Court of Common Pleas of Dauphin County, Pennsylvania

PHEAA

VS.                                          No. 2004-CV-4833-CV

William D Pierce

### CERTIFICATION OF DOCKET ENTRIES AND JUDGMENT

I, the undersigned Prothonotary of the Court of common Pleas of Dauphin County, Pennsylvania, do hereby certify that the attached is a full, true and correct copy of the docket entries in the above captioned case.

I further certify that judgment was entered in favor of Pennsylvania Higher Education Assistance Agnecy and against William D. Pierce on 5/18/2005 in said case in the amount of 44,522.79

**In Testimony Whereof**, I have hereunto set my hand and affixed the seal of the Court, on Tuesday, August 15, 2006.



Prothonotary

By
Deputy

| | |
|---|---|
| JUDGMENT | $44,522.79 |
| Interest from | $5/11/05- $3,059.02 |
| Commission | |
| Attorney Due | $3.00 |
| Plaintiff Paid | $167.00 |
| Prothy. Due | $10.00 |
| This record | $20.00 |

| | | | |
|---|---|---|---|
| Date: 8/10/2006 | **Dauphin County** | | User: LGARCIA |
| Time: 03:02 PM | Complete Case History | | |
| Page 1 of 2 | Case: 2004-CV-4833-CV | | |
| | **PHEAA vs. William D Pierce** | | |

Filed:        11/1/2004
Subtype:      Civil

Physical File:  Y          Appealed:  N

Comment:

### Judge History

| Date | Judge | | Reason for Removal |
|---|---|---|---|
| 11/1/2004 | No Judge, | | Current |

### Payments

| | Receipt | Date | Type | Amount |
|---|---|---|---|---|
| AES / PHEAA | 68235 | 11/1/2004 | Civil Filing | 105.00 |
| Pheaa | 80662 | 5/18/2005 | Civil Filing | 16.00 |
| | | | Total | 121.00 |

### Plaintiff

Name:       PHEAA                              SSN:
Address:                                       DOB:
                                               Sex:

Phone:  Home:            Work:
Employer:                                      Send notices:  Y
Litigant Type:
Comment:

### Attorneys
Murphy , K Kevin              (Primary attorney)    Send Notices

### Defendant

Name:       Pierce, William D                  SSN:
Address:                                       DOB:
                                               Sex:

Phone:  Home:            Work:
Employer:                                      Send notices:  Y
Litigant Type:
Comment:

### Register of Actions

| Date | Action | Judge |
|---|---|---|
| 11/1/2004 | New Civil Case Filed This Date. | No Judge, |
| | Filing: Complaint   Paid by: AES / PHEAA Receipt number: 0068235  Dated: 11/1/2004  Amount: $105.00 (Check) | No Judge, |
| 11/2/2004 | Plaintiff: PHEAA Attorney of Record:  K Kevin Murphy | No Judge, |
| 12/1/2004 | Complaint: Sheriff of Dauphin County returns Not Found as to Defendant(s). So Answers, J.R. Lotwick, Sheriff. Paid $46.00. William D Pierce  Assigned to Dauphin Co Sheriffs Office | No Judge, |
| 3/10/2005 | Complaint reinstated.  See Praecipe, filed. | No Judge, |
| | PHEAA's Motion for Special Order Authorizing Service, filed C&E in file | No Judge, |

Date: 8/10/2006     **Dauphin County**     User: LGARCIA
Time: 03:02 PM     Complete Case History
Page 2 of 2     Case: 2004-CV-4833-CV

### PHEAA vs. William D Pierce

**Register of Actions**

| Date | Action | |
|---|---|---|
| 3/11/2005 | PHEAA'S MOTION FOR SPECIAL ORDER AUTHORIZING SERVICE APPROVED BY THE COURT. | Evans, Scott A. |
| 4/21/2005 | 10 Day Notice filed | No Judge, |
| | Certificate of service of Ten Day Important Notice was served upon defendant, filed | No Judge, |
| 5/18/2005 | Filing: Judgment  Paid by: Pheaa  Receipt number: 0080662  Dated: 5/18/2005  Amount: $16.00 (Check) | No Judge, |
| | Default Judgment is entered in favor of Plaintiff and against Defendant, WILLIAM D. PIERCE in the amounts as follows: Principal - $44,522.79 Interest through 05/11/05 - $3,059.02 Fees/Costs - $0.00 TOTAL - $47,581.81 for failure to answer Plaintiff's Complaint. See Praecipe & Notice filed. Copies of All Documents mailed. | No Judge, |

**Judgment**

| Order date | In Favor Of | Disposition | | Judgment |
|---|---|---|---|---|
| 05/18/2005 | Plaintiff | 05/18/2005 | Open | Default |
| Comment: | 47581.81 | | | |
| Plaintiff: | PHEAA | | | |
| Defendant: | Pierce, William D | | | |

**I hereby certify that the foregoing is a true and correct copy of the original filed.**

_____

**Prothonotary/Clerk of Courts**

## ASSIGNMENT OF JUDGMENT

I, Patricia Walton, representing Pennsylvania Higher Education Assistance Agency (PHEAA), Assignor, on behalf of Brazos Higher Education Services Corporation, in consideration of the insurance claim paid by the United States of America to PHEAA, hereby assign to the United States Department of Health and Human Services, Assignee, the judgment recovered on May 18, 2005, docketed in the Court of Common Pleas of Dauphin County, Pennsylvania Civil Action No. 2004-CV-4833-CV, against **WILLIAM D. PIERCE,** Social Security No.      -2223, in the amount of $47,581.81.

Assignor authorizes the Assignee to ask, demand, receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing this judgment.

The Pennsylvania Higher Education Assistance Agency's address and phone number is: 1200 North Seventh Street, Harrisburg, PA 17102, 1-800-233-0557.

The United States Department of Health and Human Services' address and phone number is: 5600 Fishers Lane, Room 2B-60, Rockville, MD 20857, 301-443-1782.

I have executed this assignment at PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102 this 25th day of May, 2005.

*Patricia Walton*
Patricia Walton

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe to File Assignment of Judgment and Certified Copy of Direction for Entry of Judgment by Default was served upon defendant by depositing same in the United States mail, postage prepaid, this 22nd day of March, 2007, addressed to:

**William D. Pierce, M.D.**
129 W. 18th Street, Apt B.
Wilmington, DE 19802

_____
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277